IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | | |
|---|---|---|
| IN RE: | § § | Chapter 7 |
| ALTA MESA ACQUISITION SUB, LLC | § § | Case No. 20-30619 |
| DEBTOR. | § § § | |

**SWEPI LP, SHELL USA, INC., AND SHELL EXPLORATION & PRODUCTION COMPANY'S NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NOS. 3, 4 AND 5**

SWEPI LP, SHELL USA, INC. f/k/a Shell Oil Company, and SHELL EXPLORATION & PRODUCTION COMPANY hereby withdraw their proof of claim numbers 3, 4 and 5, respectively.

Dated: February 23, 2023

Respectfully Submitted,

/s/ Sara M. Keith
Sara M. Keith, Esq.
TX Bar No. 24062938
Shell USA, Inc.
150 N. Dairy Ashford Rd.
Houston, TX 77079
Telephone: 832-337-4751
Email: Sara.Keith@shell.com

*In-House Counsel to SWEPI LP, Shell USA, Inc., and Shell Exploration & Production Company*

## CERTIFICATE OF SERVICE

I certify that on February 23, 2023, a true and correct copy of the foregoing was served upon all parties entitled to receive notice via the Bankruptcy Court's electronic case filing system (ECF).

/s/ Sara M. Keith
Sara M. Keith, Esq.